Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**Mervin Wolfe, Taylor Schoeneman,** )
**Anthony Golding,** )
)
      **Plaintiffs,** )
)
      vs. )  Case Number: 21-2206
)
**Coles County States Attorney's Office,** )
**Coles County Illinois Board,** )
**Illinois State's Attorney's Appellate** )
**Prosecutor's Office,** )
)
      **Defendants.** )

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is dismissed with prejudice.

**Dated: May 31, 2022**

                                                          s/ Shig Yasunaga
                                                          Shig Yasunaga
                                                          Clerk, U.S. District Court